UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RICHARD THORNTON, )
)
        Plaintiff, )
  vs. ) 1:06-cv-1349-SEB-VSS
)
THE STATE OF INDIANA, et al., )
)
        Defendants. )

# E N T R Y

    This action is dismissed without prejudice for failure to prosecute. The reason for this disposition is that the petitioner's copy of the Entry issued on September 15, 2006, was returned undelivered with the notation "not here" and with the further explanation of "moved, left no address." It is evident from this that the plaintiff has failed to keep the court informed of his current address, a circumstance which prevents the action from proceeding.

    Judgment consistent with this Entry shall now issue.

    **IT IS SO ORDERED**.

Date: 09/27/2006

*[signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana