UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD THORNTON,<br><br>              Plaintiff,<br>  vs.<br><br>THE STATE OF INDIANA, et al.,<br><br>             Defendants. | 1:06-cv-1349-SEB-VSS |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 09/27/2006

                                                                      SARAH EVANS BARKER, JUDGE
                                                                       United States District Court
                                                                       Southern District of Indiana

Distribution:

Richard Thornton
Perry County Jail
110 S. 7th Street
Cannelton, IN   47520